UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Elizabeth Harvey Prybylski

    v.

                                              Case No. 19-cv-500-JL

US Social Security Administration,
Acting Commissioner

ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated December 12, 2019.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Date: January 10, 2020

cc:   Elizabeth R. Jones, Esq.
       Candace H. Lawrence, Esq.